ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
FRANCESCO P. BENAVIDES, CSBN 258924
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA  94105
    Telephone: 415-977-8978
    Facsimile: 415-744-0134
    Email: Francesco.Benavides@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| CHERYL JOHNSON-TATE, | ) CASE NO. 2:12-cv-03784-RZ |
| | ) |
| Plaintiff, | ) ~~PROPOSED~~ ORDER FOR THE |
| vs. | ) AWARD OF ATTORNEY'S FEES |
| | ) PURSUANT TO THE EQUAL |
| CAROLYN W. COLVIN, | ) ACCESS TO JUSTICE ACT, AND |
| Acting Commissioner of Social Security, | ) FOR COSTS PURSUANT TO |
| | ) 28 U.S.C. § 1920 |
| Defendant.[1] | ) |
| | ) |

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013.  Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should be substituted for Michael J. Astrue as the defendant in this suit.  No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

1 | Based upon the parties' Stipulation for the Award of Attorney's Fees Pursuant to
2 | the Equal Access to Justice Act, and for Costs Pursuant to 28 U.S.C. § 1920:
3 |
4 | IT IS ORDERED that fees and expenses in the amount of $4,758.00 as
5 | authorized by 28 U.S.C. § 2412 and costs in the amount of $60.00 as authorized by 28
6 | U.S.C. § 1920, be awarded ~~subject to the terms of the stipulation~~ to Plaintiff.

DATE:  April 01, 2013

_____
THE HON. RALPH ZAREFSKY
UNITED STATES MAGISTRATE JUDGE

1